**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Darius Keith RAINEY, Defendant–Appellant.**

No. 02–7754.

United States Court of Appeals, Fourth Circuit.

Submitted April 17, 2003.

Decided April 22, 2003.

Darius Keith Rainey, Appellant pro se. Jennifer Marie Hoefling, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Darius Keith Rainey seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have independently reviewed the record and conclude that Rainey has not demonstrated that reasonable jurists would find the district court's assessment of his constitutional claims debatable or wrong. *See Miller–El v. Cockrell*, 537 U.S. 322, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*